RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Alexander Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER GALLEGOS,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00455-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Alexander Gallegos, that the Revocation Hearing currently scheduled on May 26, 2020, be vacated and continued to June 17, 2020; or to a date and time convenient to this Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to conduct investigation and to prepare for the revocation hearing in this case.

　　　　2.　　In light of the COVID-19 pandemic, the defendant and counsel for the defendant are attempting to adhere to recommended social distancing practices, including teleworking and

minimizing personal interactions to those that are absolutely necessary. Based upon age (60), counsel for the defendant falls into an at-risk category. For these reasons, investigation and hearing preparation are difficult.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21 day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Nicholas Dickinson*<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00455-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER GALLEGOS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 26, 2020 at 11:00 a.m., be vacated and continued to June 17, 2020 at the hour of 10:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  22  day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE