RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Alexander Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00455-GMN-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| ALEXANDER GALLEGOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Alexander Gallegos, that the Revocation Hearing currently scheduled on June 17, 2020, be vacated and continued to date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation and to prepare for the revocation hearing in this case.

2. In light of the COVID-19 pandemic, the defendant and counsel for the defendant are attempting to adhere to recommended social distancing practices, including teleworking and

minimizing personal interactions to those that are absolutely necessary. Based upon age (60), counsel for the defendant falls into an at-risk category. For these reasons, investigation and hearing preparation are difficult.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 12 day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Nicholas Dickinson*<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER GALLEGOS,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00455-GMN-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 17, 2020 at 10:30 a.m., be vacated and continued to July 29, 2020, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　　**IT IS FURTHER ORDERED** that this is a firm hearing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

　　　DATED this  15  day of June, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3