RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Alexander Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER GALLEGOS,<br><br>  Defendant. | Case No. 2:11-cr-00455-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Alexander Gallegos, that the Revocation Hearing currently scheduled on August 26, 2020, be vacated and continued to date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On August 10, 2020, Mr. Gallegos made his initial appearance before the court. ECF No. 99. Mr. Gallegos was released with conditions including a condition that he "be subject to an inpatient treatment program." ECF No. 102 at 6.

2. On August 13, 2020, Mr. Gallegos enrolled in Seven Hills Hospital 30-day inpatient detox/drug rehabilitation program. ECF No. 96.

3. On August 17, 2020, Mr. Gallegos informed a Federal Public Defender's Office investigator that he had graduated from detox and on August 18, 2020, would be transferred to the Seven Hills Hospital "inpatient" drug rehabilitation treatment program. Although Seven Hills Hospital calls the program an "inpatient" program, the patients return home each night and weekend. Nevertheless, Mr. Gallegos will be in rehabilitation all day, Monday through Friday.

4. The parties agree to a continuance to allow Mr. Gallegos time to complete his drug rehabilitation treatment at Seven Hills Hospital

5. The defendant is not in custody and agrees with the need for the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 18 day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Nicholas Dickinson*<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

2

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Alexander Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00455-GMN-CWH |
| Plaintiff, | **ERRATA TO STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| ALEXANDER GALLEGOS, | |
| Defendant. | |

The defendant, Alexander Gallegos by and through his counsel, Brian Pugh, Assistant Federal Public Defender, files this errata to the stipulation to the continue (ECF No. 104) and states as follows:

On the evening of August 18, 2020, a Federal Public Defenders Office investigator received the following information from Mr. Gallegos that contradicts paragraph 3 of the stipulation to continue.  Mr. Gallegos was released from the Seven Hills Hospital Detox on August 18, 2020 and was at home.  He would start the inpatient rehab portion of his treatment on August 20, 2020, not on August 18, 2020 as stated in the stipulation.  The inpatient program

/ / /

/ / /

1 | will send a bus to pick Mr. Gallegos up each morning at 9:00 a.m. and transport him from Seven
2 | Hills Hospital to his home at 2:30 p.m. each afternoon.
3 |
4 |     Respectfully submitted this 19 day of August 2020.
5 |
6 |                     RENE L. VALLADARES
                      Federal Public Defender
7 |
8 |                     By */s/ Brian Pugh*
                      BRIAN PUGH
9 |                     Assistant Federal Public Defender

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00455-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER GALLEGOS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 26, 2020 at 9:00 a.m., be vacated and continued to Wednesday, September 30, 2020, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  20  day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3